✱ *Forthwith*

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

**FILED FEB 0 1 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

_Gregory Paul Styles_

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _06-0371M-01_

The defendant is charged with a violation of __18__ U.S.C. _1341 / 1956_ alleged to have been committed in the _Eastern_ District of _California_

Brief Description of Charge(s):

_Mail Fraud_
_Money Laundering_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_February 1, 2006_
Date

_[signature]_
Judicial Officer

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

